IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JORGE ANDREY SOLANO ABARCA,     )
                                )
            Petitioner,          )
                                )
                                )
        v.                       )     Civil A. No. 3:26-1215
                                )     Judge Nora Barry Fischer
CRAIG LOWE, et al.,              )
                                )
            Respondents.         )

## ORDER OF COURT

AND NOW, this 29th day of July, 2026, upon consideration of the Petition filed by Petitioner Jorge Andrey Solano Abarca, (Docket No. 1), wherein he claimed that he was held in mandatory immigration detention under § 1225(b) but should have been in discretionary detention under § 1226(a) making him eligible for release on bond, and sought release from immigration custody and/or an individualized bond hearing, the Response filed by Respondents, (Docket No. 10), wherein they agreed that Petitioner was subject to discretionary detention under § 1226(a) and therefore eligible for a custody redetermination hearing but had not yet requested such a hearing, the Court's Order directing Petitioner to file a Reply by July 27, 2026, (Docket No. 11), the Court having not received a Reply as of the date of this Order, and the Notice of Suggestion of Mootness filed by Respondents on July 28, 2026, (Docket No. 13), advising that a custody redetermination hearing was held on July 22, 2026 at which time an IJ ordered that Petitioner be released from immigration custody on a $10,000 bond, (Docket No. 13-1), and confirming that Petitioner was subsequently released from custody on July 23, 2026, (Docket No. 13-2),

IT IS HEREBY ORDERED that the Petition [1] is DENIED, as moot; and,

- 1 -

- 2 -

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

BY THE COURT:


*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc:    JORGE ANDREY SOLANO ABARCA
A#222-572-203
MOSHANNON VALLEY PROCESSING CENTER
555 GEO DRIVE
PHILIPSBURG, PA 16866 (via first class mail)

- 2 -